UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-249 (SHS) |
| -against- | : | ORDER |
| HARLIE RAMOS, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a change of plea hearing in this matter on June 3, 2022, at 9:00 a.m., and will take place in Courtroom 23A.

Dated: New York, New York
       May 3, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.