# Milbank

**ANTONIA M. APPS**

*Partner*
55 Hudson Yards  |  New York, NY 10001-2163
T: 212.530.5357
aapps@milbank.com  |  milbank.com

August 22, 2022

<u>VIA ECF</u>

**MEMO ENDORSED, p. 2**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Harlie Ramos, 21 Cr. 249 (SHS)</u>

Dear Judge Stein:

I am CJA counsel appointed to represent defendant Harlie Ramos in this matter. I write to seek an adjournment of the sentencing currently schedule for September 6, 2022, and an adjournment of our sentencing submission, which is due tomorrow, August 23, 2022.

Following the court's suggestion at Ms. Ramos' change of plea hearing, Ms. Ramos wishes to submit an application to the Young Adult Opportunity Program (<u>"YAOP"</u>). Counsel understands that such application could take a few months to be adjudicated and asks that Ms. Ramos' sentencing be adjourned until she has received a decision on her application.

I have consulted with Assistant United States Attorney Matthew J. King, and the government has no objection to the request for adjournment. The government has requested that Ms. Ramos file her application by August 26, 2022 at 12:00 PM so that her application can be considered as part of YAOP Cohort 4 for 2022.

Respectfully submitted,

*Antonia Apps*

Antonia M. Apps

cc:   All Counsel (via ECF)

**United States v. Harlie Ramos, 21 Cr. 249 (SHS)**

**The sentencing is adjourned to November 15 at 2:30 p.m. The defense submissions are due by October 25, the government's submissions are due by November November 1.**

**Dated: New York, New York**
**August 23, 2022**

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.